1   SCOTT N. SCHOOLS (SC 9990)
2   United States Attorney

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
4
    JEFFREY D. NEDROW (CABN 161299)
5   Assistant United States Attorney

6   Attorneys for Plaintiff
    United States of America
7
        150 Almaden Boulevard, Suite 900
8       San Jose, California 95113
        Telephone: (408) 535-5045
9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12
    UNITED STATES OF AMERICA,            )   No. CR 99-20176-RMW
13                                        )
            Plaintiff,                    )
14                                        )   STIPULATION AND [PROPOSED]
        v.                                )   ORDER RE: AMENDED VICTIM
15                                        )   LIST ATTACHMENT TO
    PATRICIA NOLAN,                       )   JUDGMENT AND COMMITMENT
16                                        )   ORDER AND REQUEST FOR
            Defendant.                    )   AMENDED JUDGMENT AND
17  _____)   COMMITMENT ORDER

18

19      The parties, by and through their counsel of record, hereby stipulate to the attachment of the

20  attached amended victim list to the judgment and commitment order in this case for restitution

21  purposes. This amended victim list corrects mathematical errors in the original victim list

22  submitted by prior stipulation of the parties. The parties further respectfully request that the

23  //

24  //

25  //

26  //

27  //

28  //

    STIPULATION
    CR 99-20176-RMW

Court enter an amended judgment and commitment order with this attachment to ensure accurate distribution of any monies received to the victims in this case.

SCOTT N. SCHOOLS
United States Attorney

12/31/07
DATE

JEFFREY D. NEDROW
Assistant United States Attorney

1-2/07
DATE

GEORGE ESHOO
Attorney for Defendant

IT IS SO ORDERED.

DATE: 1/2/08

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIPULATION
CR 99-20176-RMW

2

**Patricia Nolan - CR-99-20176-001  Victim List**

| Victim Name | Restitution balance Due After Application of Proceeds from Administratively Forfeited Assets |
|---|---|
| Allen, Timothy R. | $ 32.920.94 |
| Amburn, James F. | $ 16,919.33 |
| Anderson, III, Charles E. | $ 5,757.81 |
| Anderson, Donald W. | $ 9,593.66 |
| Anderson, Peter A. | $ 69,764.24 |
| Anderson, Thomas Q. | $ 262.21 |
| Armstrong, Larry E. | $ 437.91 |
| Astorino, Gretchen & Vincent | $ 175.71 |
| Augustad, Dean & Carissa | $ 89.20 |
| Bagley, Bridget A. (formerly Bridget Rose) | $ 873.13 |
| Bailey, Bruce B. | $ 700.12 |
| Baker, Linda | $ 175.71 |
| Baker, Patricia | $ 262.21 |
| Ball, Berry W. | $ 5,451.00 |
| Ballew, Dixie L. | $ 610.92 |
| Baltes, Harold L. | $ 3,925.04 |
| Barron, Dorman | $ 34,315.79 |
| Barrows, Ronald T. | $ 41,859.08 |
| Barry, Kevin R. | $ 437.91 |
| Bates, Thomas H. | $ 437.91 |
| Bean, Carrol A. | $ 4,360.27 |
| Beckett, Ellen F. | $ 89.20 |
| Berry, Betty J. | $ 524.41 |
| Bettencourt, Richard | $ 89.20 |
| Beveridge, Lois | $ 437.91 |
| Bisans, David C. | $ 175.71 |
| Bisson, Francis M. | $ 175.71 |
| Boitano, Jim | $ 89.20 |
| Bolten, Mark T. | $ 6,106.53 |
| Bowers, Marion & Katherine | $ 2,005.78 |
| Bradley, Fred Eugene | $ 4,360.27 |
| Bremer, James A. | $ 6,976.96 |
| Brockman, John Earl & Sue | $ 1,484.05 |
| Bruster, Tom | $ 873.13 |
| Butler, Raphaelle | $ 3,489.83 |
| Cade, John | $ 437.91 |
| Caldwell, Richard | $ 4,360.27 |
| Campbell, B. Ray | $ 437.91 |
| Campbell, William J. | $ 34,882.11 |
| Canfield, John & Laura | $ 5,233.40 |
| Cansler, Jeannine | $ 89.20 |
| Cansler, Terry | $ 89.20 |
| Cansler, Wayne F. | $ 89.20 |
| Capriglione, Anthony | $ 873.13 |
| Card, Andrea H. | $ 89.20 |
| Carey, Carolyn E. | $ 175.71 |
| Carleton, John Sr. & Jan | $ 175.71 |
| Carleton, Jr, John B. | $ 175.71 |
| Cams, Roxanne | $ 873.13 |

**Patricia Nolan - CR-99-20176-001 Victim List**

| Victim Name | Restitution balance Due After Application of Proceeds from Administratively Forfeited Assets |
|---|---|
| Catagnus, Charles A. | $ 2,267.98 |
| Catchpole, Jeannie | $ 89.20 |
| Cato, James N. | $ 17,441.06 |
| Cerveny, Richard | $ 873.13 |
| Chapman, Richard & Lisa | $ 1,746.26 |
| Chavez, Frank J. | $ 873.13 |
| Chavez, Paul J. | $ 437.91 |
| Chenault, Bessie M. | $ 262.21 |
| Cleveland, Rebecca M. | $ 175.71 |
| Cody, Mabel | $ 175.71 |
| Colgan, Elleen | $ 437.91 |
| Conde, Ronald J. | $ 10,466.79 |
| Cone, John Steven | $ 1,746.26 |
| Congleton, Craig | $ 89.20 |
| Cook, Kathie L. | $ 175.71 |
| Cook, Kaye | $ 351.41 |
| Cooper, Ross James | $ 34,882.11 |
| Cornell, Meredith | $ 873.13 |
| Cornick, Elaine M | $ 959.64 |
| Craig, Paul | $ 786.63 |
| Crapo, Richard E. | $ 1,867.36 |
| Craun, Ammie | $ 2,094.98 |
| Crop, Judith S. | $ 262.21 |
| Cueto, John & Richard | $ 437.91 |
| Cumby, Art | $ 4,798.17 |
| Davis, Daniel S. | $ 873.13 |
| Davis, Steven Max | $ 873.13 |
| Davison, Iris L. & Heather Walker | $ 3,489.83 |
| Davison, Vicki | $ 873.13 |
| Dearing, Richard A. | $ 34,882.11 |
| Debois, Darwin C. | $ 351.41 |
| Delaney, Timothy P. & Patricia | $ 437.91 |
| Depeau, Brian Joseph | $ 9,897.77 |
| Dixon, Lavergne | $ 175.71 |
| Donahue, Mary Jo | $ 3,489.83 |
| Drake, Bonnie | $ 873.13 |
| Dromsky, Gary | $ 13,080.80 |
| Dromsky-Cleary, Lisa | $ 13,080.80 |
| Dromsky, William & Joyce | $ 13,080.80 |
| Duddy, Brendan C. | $ 2,789.71 |
| Dungan, Dale F. | $ 437.91 |
| Dunn, Neal | $ 8,720.53 |
| Dunn, Timothy | $ 175.71 |
| Durrant, Troy | $ 4,360.27 |
| Dworman, Jason E. | $ 3,054.61 |
| Earl, Richard B. | $ 873.13 |
| Elliot, David | $ 1,308.34 |
| Ellis, Wallace C. | $ 175.71 |
| English, Wayne | $ 89.20 |

| Patricia Nolan - CR-99-20176-001  Victim List | |
| --- | --- |
| **Victim Name** | **Restitution balance Due After Application of Proceeds from Administratively Forfeited Assets** |
| Ernst, Kathleen | $ 873.13 |
| Esperseth, Warren J. | $ 14,827.06 |
| Eycleshymer, David | $ 220.30 |
| Farkash, Norma J. | $ 262.21 |
| Fearnow, Sr., Charles F. | $ 47,099.78 |
| Fernandes, Tosca | $ 1,135.34 |
| Filsinger, Judith | $ 89.20 |
| Fishel, James W. | $ 1,308.34 |
| Fowler, Randall | $ 437.91 |
| Fox, Andrew C. | $ 89.20 |
| Francis, Marilyn | $ 89.20 |
| Freeny, Jack W. & Sharon Harris | $ 437.91 |
| Frey, Carl E. | $ 1,746.26 |
| Fujino, Katherine & Robert Uemoto | $ 1,308.34 |
| Fullmer, Dean & Sharon | $ 351.41 |
| Galer, Eileen M. | $ 89.20 |
| Gallant, William R. | $ 873.13 |
| Gathright, Czell | $ 85,026.51 |
| Gatto, Lisa | $ 1,048.84 |
| Geoghegan, Kathy | $ 175.71 |
| Gerow, Freddy D. | $ 175.71 |
| Ghafoor, Abdul | $ 4,360.27 |
| Glanz, Steve | $ 1,308.34 |
| Glass, Diane | $ 89.20 |
| Goss, David | $ 12,994.29 |
| Govostes, James | $ 437.91 |
| Graham, Mark D. | $ 175.71 |
| Campbell, Howard  (for Doris Greer, deceased) | $ 3,489.83 |
| Gregerson, Max | $ 2,878.91 |
| Griffiths, Mike & Gail | $ 2,616.70 |
| Guidry, Jerome W. | $ 262.21 |
| Guisler, Paul | $ 610.92 |
| Gutowsky, Mary Ann | $ 524.41 |
| Hames, Gary N. | $ 1,308.34 |
| Hammond, Richard (Dick) | $ 437.91 |
| Handleman, Lawrence | $ 3,054.61 |
| Hanna, Susan | $ 89.20 |
| Hansen, Shawna | $ 89.20 |
| Hardy, Howard L. (Larry) | $ 4,360.27 |
| Hargrave, Eva | $ 700.12 |
| Harker, Kimberly Ann | $ 1,746.26 |
| Harrington, Emmett C. | $ 4,360.27 |
| Harris, H. John | $ 4,360.27 |
| Harris, John B. | $ 3,752.04 |
| Harrison, Stephen W. | $ 10,902.01 |
| Hathaway, Clyde | $ 4,798.17 |
| Hazelett, Howard | $ 89.20 |
| Heil, John | $ 4,011.55 |
| Helm, Rohe F. | $ 262.21 |

Patricia Nolan - CR-99-20176-001  Victim List

| Victim Name | Restitution balance Due After Application of Proceeds from Administratively Forfeited Assets |
|---|---|
| Helping Hands International Inc. (by James A. Southerland Sr.) | $ 17,441.06 |
| Hendryx, Jocelyn | $ 437.91 |
| Henshaw, Lynette (Trustee for Est. of Jennifer Sparks) | $ 89.20 |
| Hepp-Rodriguez, Mary E. | $ 959.64 |
| Heyboer, Elaine R. | $ 873.13 |
| Hickman, Charles E. | $ 873.13 |
| Higgins, Guinevere Fern | $ 22,936.66 |
| Hinckle, Oliver | $ 351.41 |
| Hinds, Terry Leo | $ 437.91 |
| Hobelman, Gail & Greg | $ 1,308.34 |
| Hoenk, Joe | $ 8,720.53 |
| Holme, Crystal | $ 89.20 |
| Holochuck, Jr., William | $ 89.20 |
| Hough, B. Ann | $ 1,746.26 |
| House, Vivian | $ 89.20 |
| Howell, John R. | $ 1,048.84 |
| Huebner, Judith | $ 4,360.27 |
| Huff, Howard | $ 873.13 |
| Hurst, Edwin F. | $ 873.13 |
| Hutter, Richard L. | $ 524.41 |
| Izzard, Dewey D. & Kathy A. | $ 1,763.57 |
| Jackson, Debbie | $ 6,366.04 |
| Jacobs, David | $ 89.20 |
| Jaeger, Mike | $ 1,135.34 |
| Janssen, Linda | $ 1,048.84 |
| Jelonek, Robert S. | $ 437.91 |
| Jenkins, Eddie R. | $ 873.13 |
| Johnsen, David K. | $ 175.71 |
| Johnson, Stephen M. | $ 1,746.26 |
| Jones, Shelley L. | $ 1,135.34 |
| Jordan, Patricia Ann | $ 437.91 |
| Jordan, Sharon | $ 175.71 |
| Juma, Nasir | $ 873.13 |
| Kaske, E.W. | $ 89.20 |
| Kauffman, Margaret Hampton | $ 700.12 |
| Kaye, Janelle | $ 262.21 |
| Kaye, Janika | $ 2,181.48 |
| Kenneally, Robert & Ingrid Reaves | $ 786.63 |
| Kennedy, Tracy Lynn | $ 873.13 |
| Knaggs-Adamson, Robert Michael & J'En El Magid | $ 6,541.74 |
| Kostecki, Henry | $ 42,297.00 |
| Kovak, Greg | $ 175.71 |
| Kuczmarski, Joe | $ 10,118.08 |
| Kurschner, Claire & Joan | $ 437.91 |
| LaFleur, Ricky | $ 437.91 |
| Lai, Pao-Ing | $ 14,829.36 |
| Lake, Annette L. | $ 437.91 |

| Patricia Nolan - CR-99-20176-001  Victim List | |
|---|---|
| **Victim Name** | **Restitution balance Due After Application of Proceeds from Administratively Forfeited Assets** |
| Lamb (Allmon), Karen L. | $ 89.20 |
| Lancy, Maggie & Jim | $ 437.91 |
| Larson, John S. & Shelly J. | $ 262.21 |
| Latson, Rowena | $ 175.71 |
| Lautermilch, Carmella | $ 1,746.26 |
| Lawrence, C.A. & Doris | $ 437.91 |
| Lehmeier, Gladys G. | $ 210.30 |
| Lininger, Gary | $ 873.13 |
| Linsley, Gil | $ 437.91 |
| Lipton, Leila & Josephine Pace | $ 873.13 |
| Littlefield, Glenna | $ 262.21 |
| Lontoh, Lina E. | $ 175.71 |
| Lord, Lee & Linda | $ 437.91 |
| Luckey, Judy Tera | $ 3,314.12 |
| Lundgren, Gail | $ 700.12 |
| Lundvall, William H. & Marsha K. Culpepper | $ 8,720.53 |
| Maheswari, Shyam P. | $ 873.13 |
| Malone, Jack M. | $ 437.91 |
| Marshall, Martha | $ 1,308.34 |
| Martin, Sandra & Edward | $ 4,380.27 |
| Martin-Novy, F. Elizabeth | $ 1,397.55 |
| Matthews, Sharon | $ 873.13 |
| McBride, Gary W. | $ 175.71 |
| McCaffrey, Irene A. | $ 262.21 |
| McClara, Peggy E. & Valerie C. McClara | $ 262.21 |
| McCormick, Gail E. | $ 3,489.83 |
| McDonald, Glenda | $ 79.20 |
| McDougall, Linda K. | $ 873.13 |
| McGrew, Morris & Alice | $ 175.71 |
| McPherson, Paul L. | $ 1,746.26 |
| Meeker, Duane & Bobbie | $ 873.13 |
| Mendenall, Ruby I. | $ 959.64 |
| Merrill, Cheryl | $ 1,048.84 |
| Merryfield, Ross G. | $ 700.12 |
| Messner, Tom & Rita | $ 14,223.43 |
| Melteer, Bob & Annabelle | $ 1,221.85 |
| Michel, Debra D. | $ 873.13 |
| Millauer, Liselotte | $ 89.20 |
| Miller, James F. | $ 437.91 |
| Mizo, Jr., Harold | $ 873.13 |
| Mollenhauer, Neil Mark | $ 976.94 |
| Monacelli, Edward . | $ 17,441.06 |
| Monroe, Maria | $ 89.20 |
| Moore, Juanita J. | $ 175.71 |
| Morse, Judith H. | $ 89.20 |
| Mort, Richard E. | $ 2,878.91 |
| Mortensen, Marten C. | $ 3,925.04 |
| Mott, Richard | $ 1,308.34 |
| Myers, Karen (for Jack Myers, deceased) | $ 175.71 |

| Patricia Nolan - CR-99-20176-001  Victim List | |
|---|---|
| **Victim Name** | **Restitution balance Due After Application of Proceeds from Administratively Forfeited Assets** |
| Nelson, Lyla | $ 8,720.53 |
| Neumann, Betty | $ 873.13 |
| Newberg, Karen | $ 1,048.84 |
| Newell, Arthur B. | $ 220.30 |
| Nichols, J.W. & Linda | $ 2,792.41 |
| Nickerson, David A. | $ 437.91 |
| Novy, Dean | $ 959.64 |
| O'Brien, Tom | $ 89.20 |
| Ocheskey, Glen | $ 262.21 |
| Olinger, Andrea | $ 2,616.70 |
| Oliver, Barbara J | $ 524.41 |
| Olson, Bonnie | $ 262.21 |
| Ornelas, E. Linda | $ 44.60 |
| Orwen, Julia | $ 89.20 |
| Osypczuk, David & Susan | $ 28,343.07 |
| Pagaduan, Nancy | $ 89.20 |
| Parekh, Amir | $ 2,616.70 |
| Parente, Louis W. | $ 1,308.34 |
| Pascoe, Nanci | $ 2,267.98 |
| Paten, Timothy S. | $ 1,308.34 |
| Patterson, Linda S. | $ 1,308.34 |
| Paugh, William T. | $ 873.13 |
| Peck, Donald Gregory | $ 873.13 |
| Peck, Jimmy R. | $ 4,360.27 |
| Peister, James E. | $ 1,746.26 |
| Phaneuf, Albert | $ 3,489.83 |
| Phillips, Adolfus J. | $ 89.20 |
| Pickard, Scott | $ 437.91 |
| Plant, Doris | $ 89.20 |
| Pons Sr., Edward A. (Toni) | $ 4,360.27 |
| Pool, Martin A. | $ 5,233.40 |
| Pool-Bak, Sharmin | $ 89.20 |
| Powers, Carol Ann | $ 873.13 |
| Pratt, Marian L. | $ 262.21 |
| Price, Don & Joanne | $ 29,737.92 |
| Pringle, Ken | $ 218.95 |
| Pringle-Aragon, Jean | $ 218.96 |
| Pruett, Carolellen | $ 1,135.34 |
| Pugh, Michael T. | $ 437.91 |
| Quantum Group (by Ted Solomon, aka Quantum Air Express) | $ 187,491.38 |
| Quarles Jr., Robert E. | $ 1,746.26 |
| Quattlebaum, Levi | $ 89.20 |
| Redd, Kedric | $ 873.13 |
| Reed, Mike | $ 13,518.71 |
| Reichmann, William | $ 1,746.26 |
| Reilly, Beverly S. | $ 437.91 |
| Remillard, Albert A. | $ 3,576.34 |
| Richburg, Judie L. | $ 873.13 |
| Ricketson, Barbara | $ 351.41 |

**Patricia Nolan - CR-99-20176-001 Victim List**

| Victim Name | Restitution balance Due After Application of Proceeds from Administratively Forfeited Assets |
|---|---|
| Rietz, Sandra | $ 175.71 |
| Rogers, Elias | $ 873.13 |
| Romeo, Joe | $ 20,930.89 |
| Root, Gary | $ 2,616.70 |
| Rosborne, Marjorie | $ 873.13 |
| Rosenbaum, Charles H. | $ 175.71 |
| Rosko, John R. | $ 1,657.06 |
| Ross, Cheryl & Dean | $ 437.91 |
| Russell, Larry | $ 873.13 |
| Ruud, David L. | $ 351.41 |
| Salter, Lorne | $ 89.20 |
| Samson, Elaine & James | $ 14,216.13 |
| Sanders, Connie K. | $ 89.20 |
| Sanner, Lynda & William | $ 873.13 |
| Schaffer, Theron M. | $ 437.91 |
| Schieltz, Fred & Valli | $ 437.91 |
| Schiewe, Patricia | $ 262.21 |
| Schledewitz, Wilbert | $ 873.13 |
| Schlotzhauer, John | $ 873.13 |
| Schuster, Ken | $ 5,233.40 |
| Scofield, Gail L. | $ 6,976.96 |
| Scott, W. Lance (for Scott, Golden D. - deceased) | $ 873.13 |
| Scott, Jacquelyn D. | $ 175.71 |
| Scwartz III, Harold Ray | $ 71.90 |
| Seabert, Charles F. | $ 437.91 |
| Sergi, Suzanne | $ 437.91 |
| Seymour, Bobie J. | $ 2,792.41 |
| Shaw, Sheila D. | $ 1,308.34 |
| Shumway, Lynda | $ 13,953.93 |
| Sines, Dennis | $ 1,308.34 |
| Slaton, Earlene | $ 13,953.93 |
| Smith, Elwin R. | $ 262.21 |
| Smith, Jack S. | $ 2,267.98 |
| Smith, Karen | $ 873.13 |
| Smith, Nadine | $ 437.91 |
| Smith, Neldalena H. | $ 262.21 |
| Spain, John | $ 437.91 |
| Stewart, Jeff | $ 873.13 |
| Barkoff, Sharon (for William Strauss, deceased) | $ 89.20 |
| Suezaki, Larry | $ 4,360.27 |
| Swope, Dorree D. | $ 437.91 |
| Sylvester, Richard | $ 437.91 |
| Tasch, Gail | $ 63,967.21 |
| Tew, Arthur & Sandra | $ 16,135.40 |
| Thacker, J.W. | $ 2,443.69 |
| Thomas, Matt | $ 5,930.82 |
| Thompson, Donna J. | $ 89.20 |
| Tillung, Kenneth & Virginia | $ 1,746.26 |

| Patricia Nolan - CR-99-20176-001  Victim List | |
| --- | --- |
| **Victim Name** | **Restitution balance Due After Application of Proceeds from Administratively Forfeited Assets** |
| Toltschin, Michael | $ 5,844.32 |
| Troxell, George | $ 9,158.44 |
| Tucker, Joseph E. | $ 445.21 |
| Tutt, Shirley A. | $ 873.13 |
| Tyler, Larry | $ 220.30 |
| Urban, Harold | $ 437.91 |
| Urfer, Bill | $ 89.20 |
| VanDeWalle, Violeta | $ 43,602.64 |
| Vandon, George J. | $ 1,746.26 |
| Volkmer, Bernard & Janice | $ 28,736.38 |
| VonAngersbach, Chrystopher | $ 58,429.71 |
| Votava, Barbara (Riches from Rags) | $ 1,746.26 |
| Wagner, Edward | $ 437.91 |
| Walberg, Christopher | $ 99,415.65 |
| Walford, Thomas E. | $ 1,746.26 |
| Walker, Dixie L. | $ 2,616.70 |
| Wallace, Juanita | $ 479.82 |
| Watts, Bruce C. | $ 34,882.11 |
| Weal, Albert | $ 89.20 |
| Werts, Walter E. | $ 873.13 |
| White, Florence M. | $ 175.71 |
| Wiebe, Edward John | $ 175.71 |
| Williams, Greg & Laura | $ 437.91 |
| Winn, Gary | $ 11,609.43 |
| Wright, Ira M. | $ 17,057.74 |
| Wohl, Anne | $ 873.13 |
| Woodall Jr., Robert E. | $ 437.91 |
| Yomtob, Betty Lou | $ 89.20 |
| Young, Kenneth & Margarita | $ 8,720.53 |
| Zabarsky, Kathryn D. | $ 89.20 |
| Zayas, Janice | $ 1,135.34 |
| Zazu, Rosemaree | $ 351.41 |
| Zheutlin, Cathy | $ 89.20 |
| Zhou, Xiaoning | $ 262.21 |
| Zimmerer, Julie Honaker | $ 4,798.17 |
| | |
| Totals: | $ 1,837,619.10 |